FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

RICKIE LORENZO SMITH,

          Defendant.

No. 1:25-CR-02039-SAB-1

**ORDER ON PRETRIAL MOTIONS**

A motions hearing in this matter was held on March 4, 2026. Defendant was present, in custody, and represented by Nick Mirr and Craig Webster. The Government was represented by Michael Murphy and Courtney Pratten.

At the hearing, the Court heard argument and ruled on Defendant's Motion for Reconsideration, ECF No. 50, and the Government's Motion in Limine, ECF No. 63. This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED:**

1.     Defendant's Motion to Expedite, ECF No. 51, is **GRANTED**.

2.     Defendant's Motion for Reconsideration, ECF No. 50, is **GRANTED IN PART**. Dr. Stevens will be permitted to testify to the extent that prior testimony opens the door to the specific sections of his report that this Court has ruled admissible.

**ORDER ON PRETRIAL MOTIONS** # 1

3.    The Government's Motion in Limine, ECF No. 63, is **DISMISSED AS MOOT**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 6th day of March 2026.



Stan Bastian
Chief United States District Judge

**ORDER ON PRETRIAL MOTIONS # 2**